IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| The Travelers Home and Marine Insurance Company, ) ) ) Plaintiff, ) ) vs. ) ) Trudy Pope, as named Trustee of ) "Clover Real Estate Land Trust," John ) Gregory Gardner, Amy P. Gardner, and ) RBC Bank (USA), ) ) Defendants. ) ) | C/A No.: 0:10-cv-1688-JFA  **ORDER** |

This matter comes before the court pursuant to the Plaintiff's Motion To Require Defendant's To Preserve Defendants' Laptop Computer, External Hard Drives, And Flash Drives As Evidence And Submit Them To A Court-Appointed Computer Forensics Expert For Analysis (ECF No. 96).  After reviewing the memoranda submitted by the parties, the court has concluded that oral argument would not aid in its decision and that this court may dispose of the motion on the papers submitted.

The court hereby grants the plaintiff's motion and appoints the following person as a computer forensics expert:

> Steven M. Abrams
> Abrams Computer Forensics, LLC
> P.O. Box 305
> Sullivans Island, SC 29482-0305
> 843-216-1100 (Tel.)
> steve@abramsforensics.com

1

2

After he has conducted his examinations, Mr. Abrams is directed to submit a report to the court as soon as reasonably possible.  Mr. Abrams shall copy counsel for plaintiff and defendant and this court with respect to any communications and reports pursuant to this order.  Mr. Abrams is directed to submit bills in care of this court on a bi-weekly basis according to his ordinary billing rate.

The defendant is directed to turn over to Mr. Abrams the items requested by plaintiff.  The items to be turned over are the Gardner defendants' Acer laptop, Apple laptop, and any external hard drives and flash drives.  Counsel for defendant shall contact Mr. Abrams as soon as possible and provide him with the items.

IT IS SO ORDERED.

October 19, 2011                                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                                     United States District Judge

2