IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| The Travelers Home and Marine Insurance Company, | C/A No.: 0:10-cv-1688-JFA |
| Plaintiff, | |
| vs. | **ORDER REGARDING COURT-APPOINTED COMPUTER FORENSICS EXPERT** |
| Trudy Pope, as named Trustee of "Clover Real Estate Land Trust," John Gregory Gardner, Amy P. Gardner, and RBC Bank (USA), | |
| Defendants. | |

The court has received correspondence from Mr. Abrams regarding the materials to be examined.

Mr. Abrams has completed the imaging process on four of the five external hard drives and on both of the computers. He informs the court that the final hard drive (a Seagate Freeagent external hard drive) will not boot up when connected to power and a computer's USB port. It is not clear if this error is because of a damaged hard drive or damaged USB interface electronics. It is possible that Mr. Abrams could recover the data from the drive if he bypasses the USB circuitry and connects directly to the SATA connection on the hard drive. In order to do that, however, Mr. Abrams would have to break the plastic housing that contains the hard drive. This action would void any warranties on the drive and render it unusable for normal USB operation. Mr. Abrams informs the court that he has successfully recovered data from USB external hard drives

1

2

in the past using this technique where the error was due to malfunctioning interface hardware.

The court wishes to be informed of any objections by either party to Mr. Abrams taking the action outlined above. The parties are hereby directed to file any objections within fourteen (14) days.

IT IS SO ORDERED.

November 21, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge