IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| The Travelers Home and Marine Insurance Company, | ) ) ) | C/A No.: 0:10-cv-1688-JFA |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER REGARDING PAYMENT** |
| | ) | **OF COURT-APPOINTED** |
| Trudy Pope, as named Trustee of "Clover Real Estate Land Trust," John Gregory Gardner, Amy P. Gardner, and RBC Bank (USA), | ) ) ) ) ) | **COMPUTER FORENSICS EXPERT** |
| Defendants. | ) ) | |

Pursuant to its order appointing Mr. Abrams as a computer forensics expert (ECF No. 108), Mr. Abrams has submitted his first bill to this court. The clerk is directed to forward a copy of that invoice to plaintiff's counsel. Plaintiff is directed to pay the funds into the court. After it has received the funds from plaintiff, the court will then disburse the funds to Mr. Abrams.

IT IS SO ORDERED.

November 21, 2011          Joseph F. Anderson, Jr.
Columbia, South Carolina      United States District Judge

1