IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| The Travelers Home and Marine Insurance Company,       ) <br> ) <br> Plaintiff,       ) <br> ) <br> vs.       ) <br> ) <br> Trudy Pope, as named Trustee of ) <br> "Clover Real Estate Land Trust," John ) <br> Gregory Gardner, Amy P. Gardner, and ) <br> RBC Bank (USA),       ) <br> ) <br> Defendants.       ) <br> ) | C/A No.: 0:10-cv-1688-JFA <br><br><br> **ORDER REGARDING FINAL PAYMENT OF COURT-APPOINTED COMPUTER FORENSICS EXPERT** |

As a result of the settlement of this case and pursuant to its order appointing Mr. Abrams as a computer forensics expert (ECF No. 108), Mr. Abrams has submitted his final bill to this court. The clerk is directed to forward a copy of that invoice to plaintiff's counsel. Plaintiff is directed to pay the funds into the court. After it has received the funds from plaintiff, the court will then disburse the funds to Mr. Abrams.

IT IS SO ORDERED.

January 19, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1